Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

**Order Filed on July 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Richard V. Dawkins and Tamika R Nelson-Dawkins aka Tamika R Dawkins aka Tamika R Nelson, | Case No. 14-30856-ABA |
| | Hearing Date: April 24, 2018 at 10:00 a.m. |
| Debtors. | Judge: Hon. Andrew B. Altenburg Jr. |

## CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: July 18, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page:             2
Debtor:           Richard V. Dawkins and Tamika R Nelson-Dawkins aka Tamika R Dawkins aka Tamika R Nelson
Case No.:         14-30856-ABA
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 314 Ithaca Street, Vineland, NJ 08360, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown:

### ORDERED AS FOLLOWS:

1. Debtors are delinquent four (4) post-petition payments due November 2017 through February 2018, each in the amount of $927.16, and five (5) post-petition payments due March 2018 through July 2018, each in the amount of $928.41, less suspense balance of $629.94, for a total delinquency of $7,720.75.
2. Debtors shall make six (6) additional payments in the amount of $1,286.80, beginning on August 1, 2018 through January 1, 2019, to cure the post-petition delinquency through July 1, 2018.
3. Post-petition payments to resume timely and in full with the August 1, 2018 payment.
4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 314 Ithaca Street, Vineland, NJ 08360.

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorneys for the Movant

By: _____
Phillip Raymond

**Law Offices of Seymour Wasserstrum**
Attorney for the Debtor

By: _____
Seymour Wasserstrum