# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____14-30856_____ |
| Richard and Tamika Dawkins | Hearing Date: _____ |
| | Chapter: _____13_____ |
| | Judge: _____ABA_____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Andrew B. Altenburg Jr._____, United States Bankruptcy Judge.

**Reason for Hearing:** _____Objection to Trustee's Certification of Default_____

_____

**Location of Hearing:**  Courtroom No. __4B__
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** _____10/19/2018 at 9:00AM_____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ **ARE REQUIRED**   ☐ **ARE NOT REQUIRED**

DATE: _____September 26, 2018_____

JEANNE A. NAUGHTON, Clerk

By: _/s/ Kathleen V. Ryan_____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____September 26_____, 20 18 this notice was served on the following:

```
Debtor(s)
Debtor(s) Attorney, if any
Trustee
```

JEANNE A. NAUGHTON, Clerk

By: _/s/ Kathleen V. Ryan_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-30856-ABA
Richard V Dawkins                                                           Chapter 13
Tamika R Nelson-Dawkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 1            Date Rcvd: Sep 26, 2018
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb        +Richard V Dawkins,   Tamika R Nelson-Dawkins,   314 Ithica St,   Vineland, NJ 08360-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com
              Phillip Andrew Raymond   on behalf of Creditor   Nationstar Mortgage LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC rsolarz@kmllawgroup.com
              Seymour  Wasserstrum   on behalf of Debtor Richard V Dawkins mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum   on behalf of Joint Debtor Tamika R Nelson-Dawkins mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                     TOTAL: 12