# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Richard V Dawkins
Tamika R Nelson-Dawkins

Case No.: 14-30856
Hearing Date: 2/26/2019
Chapter: 13
Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr. , United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification on Non Payment on behalf of Nationstar Mortgage LLC.

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** February 26, 2019 @ 10:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 2/4/2019

JEANNE A. NAUGHTON, Clerk

By: /s/ Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 2/4/, 20 19 this notice was served on the following: Debtor(s), Attorney for Debtor(s)
Creditor's Attorney
Trustee, and US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Linda Martin
Deputy Clerk

*rev. 1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard V Dawkins  
Tamika R Nelson-Dawkins  
    Debtors

Case No. 14-30856-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 04, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.  
db/jdb         +Richard V Dawkins,    Tamika R Nelson-Dawkins,    314 Ithica St,    Vineland, NJ 08360-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com  
       Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC phillip.raymond@mccalla.com  
       Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com  
       Seymour Wasserstrum    on behalf of Debtor Richard V Dawkins mylawyer7@aol.com, ecf@seymourlaw.net  
       Seymour Wasserstrum    on behalf of Joint Debtor Tamika R Nelson-Dawkins mylawyer7@aol.com, ecf@seymourlaw.net

                                                                        TOTAL: 12