Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−30856−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard V Dawkins
314 Ithica St
Vineland, NJ 08361

Tamika R Nelson−Dawkins
aka Tamika R Dawkins, aka Tamika R
Nelson
314 Ithica St
Vineland, NJ 08361

Social Security No.:
xxx−xx−6422                                                                 xxx−xx−2368

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 30, 2015.

On 3/8/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: April 10, 2019
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 8, 2019
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Richard V Dawkins
Tamika R Nelson-Dawkins
   Debtors

Case No. 14-30856-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3     Date Rcvd: Mar 08, 2019
                              Form ID: 185     Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
```
db/jdb         +Richard V Dawkins,    Tamika R Nelson-Dawkins,    314 Ithica St,    Vineland, NJ 08360-2315
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515104524      +ACS Education Services,    PO Box 7051,    Utica, NY 13504-7051
515104525      +ACS/JP Morgan,    501 Bleeker St,    Utica, NY 13501-2401
515308623       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
515104526     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX  79998)
515104529      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
515132473      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515892288       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
515892289       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,    PO BOX 16408,
                 ST. PAUL, MN 55116-0408
515104530      +Emerge,    6 Concourse Pkwy Ne Fl 2,    Atlanta, GA 30328-6117
515104532      +Financial Recovery,    RE: Kennedy Health System,    PO Box 1388,    Mt Laurel, NJ 08054-7388
515104535      +Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
515104539      +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
515104537       Home Depot,    PO Box 6497,    Sioux Falls, SD  57117-6497
515104538      +Home Projects,    PO Box 14517,    Des Moines, IA 50306-3517
515104540      +Inspira,    333 Irving Avenue,    Bridgeton, NJ 08302-2123
515156294      +JPMORGAN CHASE BANK, N. A. on behalf of MHEAC,    d/b/a ASA,    c/o MHEAC d/b/a ASA,
                 100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
515104546      +Kennedy Health System,    454 Hurffville Crosskeys Rd,    Sewell, NJ 08080-2339
515104548      +Liberty Home Improvement,    PO Box 848,    Scotch Plains, NJ 07076-0848
515104550      +Macys,    PO Box 8218,    Mason, OH 45040-8218
515104551     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NationStar Mortgage,    PO Box 619096,    Dallas, TX 75261-9741)
515295977      +National Credit Adjusters, LLC,    Attn: Michael Swanson,    P.O. Box 3023,
                 Hutchinson, KS 67504-3023
515104552       Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                 Trenton, NJ  08625-0112
515104553     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Assoc,    PO Box 12903,    Norfolk, VA  23541)
515104556     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Divison Of Taxation,    P.O. Box 245,
                 Trenton, NJ  08695)
515113875      +Shore Medical Center,    Collections and Recoveries,    PO Box 35,    Northfield, NJ 08225-0035
515104557       The Bureaus,    1717 Central St,    Evanston, IL  60201-1507
515104558      +The Law Firm Of Allan Smith, PC,    1276 Veterans Highway, Ste E1,    Bristol, PA 19007-2597
515243210       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
515104559     #+Wells Fargo,    PO Box 1697,    Winterville, NC 28590-1697
515218771       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
515155262       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515104560       Wells Fargo Dealer Services,    Po Box 25341,    Santa Ana, CA  92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2019 00:39:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2019 00:39:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515216113       E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2019 00:36:42
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517526649      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:36:40
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
515104527       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 00:36:23      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
515104528      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 00:36:15      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
515218103       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 00:36:58
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515104533       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:12      GECRB/JCPenny,    PO Box 960090,
                 Orlando, FL  32896-0090
515104534      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:54      GECRB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
515104536       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:54      Green Tree Servicing,
                 332 Minnesota St Ste 610,    Saint Paul, MN  55101
```

```
District/off: 0312-1           User: admin              Page 2 of 3                  Date Rcvd: Mar 08, 2019
                               Form ID: 185             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515308260       E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2019 00:39:26     Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
515104541      +E-mail/Text: cio.bncmail@irs.gov Mar 09 2019 00:39:12      Internal Revenue Service,
                 1601 Market Street,    Philadelphia, PA 19103-2301
515298711      +E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2019 00:39:40
                 JH Portfolio Debt Equities LLC,    JD Receivables LLC,    PO Box 788,   Kirkland, WA 98083-0788
515104545       E-mail/Text: BKRMailOPS@weltman.com Mar 09 2019 00:39:30     Kay Jewelers,    P.O. Box 740425,
                 Cincinnati, OH 45274-0425
515104549      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 00:37:08      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
515308983       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 00:36:23
                 LVNV Funding, LLC its successors and assigns as,     assignee of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515104547      +E-mail/Text: csd1clientservices@cboflanc.com Mar 09 2019 00:40:25      Lancaster Collections,
                 RE: Bayfront Emergency Physicians,    218 W Orange St,    Lancaster, PA 17603-3746
515318834       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:37:01
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,   Norfolk VA 23541
515318930       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:36:19
                 Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,   Norfolk VA 23541
515323123       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:37:02
                 Portfolio Recovery Associates, LLC,    c/o HSBC BANK NEVADA, N.A.,    POB 41067,
                 Norfolk VA 23541
515318894       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:59:23
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,   Norfolk VA 23541
515318952       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:59:23
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,   Norfolk VA 23541
515104554      +E-mail/Text: asmith@marcuslaw.net Mar 09 2019 00:40:24      Scott Marcus & Associates,
                 RE: Newcomb Hospital,    121 Johnson Rd,    Turnersville, NJ 08012-1758
515104555      +E-mail/Text: jboehler@shorememorial.org Mar 09 2019 00:40:59      Shore Memorial Hospital,
                 PO Box 217,    Somers Point, NJ 08244-0217
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515104531*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Fia Card Services,    PO Box 982235,    El Paso, TX  79996)
515104543*    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:    Internal Revenue Service,    Po Box 724,    Springfield, NJ  07081)
515104542*      Internal Revenue Service,    Special Procedures Branch,    Po Box 744,
                 Springfield, NJ  07081-0744
515104544*      Internal Revenue Service,    Po Box 7346,    Philadelphia, PA  19101-7346
515298450*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9741)
                                                                                          TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 3 of 3             Date Rcvd: Mar 08, 2019
                              Form ID: 185               Total Noticed: 58
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Tamika R Nelson-Dawkins mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Richard V Dawkins mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                              TOTAL: 12
```