UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

    Richard V. Dawkins & Tamika R. Nelson-Dawkins

**Order Filed on March 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     14-30856

Chapter:      13

Hearing Date:  N/A

Judge:         ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 20, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Richard V. Dawkins & Tamika R. Nelson-Dawkins
Case No.: 14-30856/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

**The debtors' monthly plan payments do not change for payment of the aforesaid fee.**

United States Bankruptcy Court
District of New Jersey

In re:
Richard V Dawkins
Tamika R Nelson-Dawkins
    Debtors

Case No. 14-30856-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 20, 2019
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
db/jdb      +Richard V Dawkins,    Tamika R Nelson-Dawkins,    314 Ithica St,    Vineland, NJ 08360-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com
         Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC phillip.raymond@mccalla.com
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
         Seymour Wasserstrum    on behalf of Debtor Richard V Dawkins mylawyer7@aol.com, ecf@seymourlaw.net
         Seymour Wasserstrum    on behalf of Joint Debtor Tamika R Nelson-Dawkins mylawyer7@aol.com, ecf@seymourlaw.net
                                                                                                                                                TOTAL: 12