Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Richard V. Dawkins
   Tamika R. Nelson-Dawkins

                               Debtor(s)

Case No.: 14-30856 (ABA)

Hearing Date: 05/22/2019

Judge:       Andrew B. Altenburg, Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: May 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Richard V. Dawkins and Tamika R. Nelson-Dawkins
Case No.: 14-30856 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 03/08/2019, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $1,392.00 **for a period of 5 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $50,566.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Richard V. Dawkins and Tamika R. Nelson-Dawkins
Case No.: 14-30856 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Nationstar Mortgage will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Nationstar Mortgage on account of pre-petition arrears set forth in the proof of claim dated January 29, 2015 and amended July 1, 2016. Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:
Richard V Dawkins
Tamika R Nelson-Dawkins
    Debtors

Case No. 14-30856-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1         Date Rcvd: May 22, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.
db/jdb         +Richard V Dawkins,    Tamika R Nelson-Dawkins,    314 Ithica St,    Vineland, NJ 08360-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com
      Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC phillip.raymond@mccalla.com
      Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
      Seymour  Wasserstrum    on behalf of Debtor Richard V Dawkins mylawyer7@aol.com, ecf@seymourlaw.net
      Seymour  Wasserstrum    on behalf of Joint Debtor Tamika R Nelson-Dawkins mylawyer7@aol.com, ecf@seymourlaw.net
                                                                                                  TOTAL: 12