Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 14−30856−ABA
                            Chapter: 13
                            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard V Dawkins<br>314 Ithica St<br>Vineland, NJ 08361 | Tamika R Nelson−Dawkins<br>aka Tamika R Dawkins, aka Tamika R Nelson<br>314 Ithica St<br>Vineland, NJ 08361 |

Social Security No.:
  xxx−xx−6422                               xxx−xx−2368

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 10, 2020</u>                 <u>Andrew B. Altenburg Jr.</u>
                                        Judge, United States Bankruptcy Court